**Order entered August 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01371-CR**
**No. 05-13-01372-CR**
**No. 05-13-01373-CR**
**No. 05-13-01374-CR**

**CHARLES DANTE BRIGHTMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-59566-R, F11-59567-R, F11-59568-R, F13-56195-R**

## ORDER

The Court **REINSTATES** the appeals.

On July 18, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 13, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the July 18, 2014 order requiring findings.

We **GRANT** the August 13, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **GRANT** the August 14, 2014 motion to supplement the clerk's record in cause no. 05-13-01371-CR (trial court no. F11-59566-R). We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record in cause no. 05-13-01371-CR (trial court no. F11-59566-R) that contains the November 14, 2012 order of deferred adjudication and conditions of community supervision.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/  LANA MYERS
    JUSTICE